UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RIVIN FAVOURITE,

                        Petitioner,                    No. 16-CV-7086 (ER) (OTW)

        -against-                                **ORDER**

JOHN COLVIN,

                        Respondent.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On September 16, 2019, I ordered that Respondent "Respondent shall file and serve . . . the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts[1] within sixty days of this Order, *i.e.*, by **Friday, November 15, 2019**." (ECF 33). Respondent has not done so. Accordingly, by **February 3, 2021**, Respondent shall file and serve the documents requested over a year ago.

The Clerk of Court is directed to mail a copy of this Order on the *pro se* Petitioner.

**SO ORDERED.**

Dated: January 27, 2021
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] The Court is directing that Respondent re-submit these documents, *see* ECF 13-15.