UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVIN FAVOURITE,<br><br>                              Petitioner,<br><br>          – against –<br><br>JOHN COLVIN,<br><br>                              Respondent. | **Order**<br><br>16 Civ. 7086 (ER) (OTW) |

Ramos, D.J.:

On May 13, 2021, the Court retroactively approved Favourite's request for an extension of time to object to Judge Wang's Report and Recommendation and set a June 3, 2021 deadline for Colvin to respond to these objections. No response has been filed to date. Colvin must therefore file any response to these objections by September 9, 2021; after that, the objections will be deemed unopposed.

It is SO ORDERED.

Dated:   August 19, 2021
         New York, New York

                                                     _____
                                                     EDGARDO RAMOS, U.S.D.J.